UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
)
)   Mag. No. 15-9280
v. )
)   1) Misdemeanor Class A VIOLATION   1925988
)
Lisa Serronico )
)
)   Offense on a Federal
    Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Mikie Sherrill, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 11th day of July 2015, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, Lisa Serronico, did, at approximately 1256 hours, at
(Name of Accused)

D-Beach:

1) knowingly possess a controlled dangerous substance, to wit: marijuana in violation of 1) 21 U.S.C. 844(a).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

Rebecca ~~Mikie~~ Sherrill
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

10/17/15
DATE

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE